**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JAMES DRISCOLL SMITH,

    Plaintiff

v.

AITOR NARVAIZA , et al.,

    Defendants

Case No.: 3:23-cv-00561-ART-CSD

**Order**

ECF No. 19

Plaintiff has filed a motion for status check, indicating that this case was included and then removed from a global settlement proceeding, and Plaintiff would like to move the case forward. (ECF No. 19.)

Plaintiff is an inmate in custody of the Nevada Department of Corrections (NDOC) proceeding pro se with this civil rights action regarding harms allegedly suffered while incarcerated at the Elko County Detention Center (ECDC). The court screened Plaintiff's amended complaint and allowed Plaintiff to proceed with Eighth Amendment medical indifference claims about his medical diet or allergy against Lieutenant Parry and his urological conditions claim against Melissa Knox. (ECF No. 11.)

The court issued summonses for Melissa Knox and Parry, and ordered Plaintiff to complete USM-285 forms and return them to the U.S. Marshal for service. (ECF Nos. 12, 13.) The summonses were each returned executed on April 17, 2025. (ECF Nos. 14, 15.)

Minutes from December 10, 2025, indicate that a global settlement conference in this case and several of Plaintiff's other cases before Judge Carla Baldwin was rescheduled to January 30, 2026. (ECF No. 17.) Minutes from January 30, 2026, state that this case was

mistakenly included in the global settlement conference, but the parties agreed that this case should not be part of that process, and it was ordered to proceed with normal litigation. (ECF No. 18.)

Plaintiff's motion for status check followed. (ECF No. 19.)

Plaintiff's motion for status check is granted insofar as the court has reviewed the docket and noticed that neither of the Defendants has appeared or filed an answer or other responsive pleading in this action. On further review, while the summonses were returned as executed, it does not appear that service was proper under Federal Rule of Civil Procedure 4 as the service returns indicate that the summons and complaint were emailed to Doug Fisher, a Lieutenant with Elko County. (*See* ECF Nos. 14, 15; Fed. R. Civ. P. 4(e); Nev. R. Civ. P. 4.2(a).)

Therefore, the court will require the clerk to send copies of the summons and complaint to the U.S. Marshal to again attempt to serve the Defendants by personal service in compliance with Federal Rule of Civil Procedure 4.

## CONCLUSION

Plaintiff's motion for a status check (ECF No. 19) is **GRANTED.**

The Clerk shall **re-issue** summonses for defendants Parry and Melissa Knox and **deliver the same,** along with sufficient copies of the amended complaint (ECF No. 7) as well as this Order, to the U.S. Marshal for service.

The U.S. Marshal shall attempt to serve defendants Parry and Melissa Knox *personally* and in compliance with Fed. R. Civ. P. 4(e) and/or Nev. R. Civ. P. 4.2(a), at the address(es) previously provided by Plaintiff in the USM-285 forms

///

///

2

Plaintiff has an additional 90 days from the date of this Order to complete service on the Defendants.

**IT IS SO ORDERED**.

Dated: February 25, 2026

_____
Craig S. Denney
United States Magistrate Judge

3